IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JON BREWER, NATHAN COHEN,
and QUENTIN DOYLE on behalf of
themselves and others similarly situated,

      Plaintiffs,

vs.

BP P.L.C., BP AMERICA, INC., TRG
THE RESPONSE GROUP, L.L.C., and
ROY BARRETT,

      Defendants.
_____/

Case No. 2:11-cv-00401

Judge: Carl Barbier

Magistrate Judge: Sally Sushan

## ORDER

**IT IS ORDERED** that Plaintiffs' **Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA** is hereby **CONDITIONALLY GRANTED**.

**IT IS FURTHER ORDERED** that the Court will adopt Plaintiffs' proposed class definition for purposes of this preliminary certification.  It is defined as: all workers who (a) worked for TRG at any site on the BP Deepwater Horizon MC252 oil spill response between April 21, 2010 and February 20, 2011; (b) were classified as independent contractors; and (c) performed duties tracking oil spill response personnel and/or equipment through IAP software, and/or otherwise assisted in managing and/or tracking the resources used in the response. ("Potential Opt-In Plaintiffs").

**IT IS FURTHER ORDERED** that Defendants shall produce to Plaintiffs a computer-readable data file containing all Potential Opt-In Plaintiffs' names, last-known mailing addresses,

last-known telephone numbers, Social Security numbers,[1] work locations, e-mail addresses, and dates of employment within thirty (30) days from date of Order.

**IT IS FURTHER ORDERED** that the Court authorizes the issuance of a Notice and Consent to Join form consistent with the Court's discussion with counsel during oral argument on this date (attached to this Order). Plaintiffs' counsel shall have ten days from the date of receipt of Defendants' aforementioned computer-readable data file to mail the court-approved notice and consent to join form to Potential Opt-In Plaintiffs.  Further, the Court authorizes a 60-day notice period allowing Potential Opt-In Plaintiffs 60 days from the date notice is sent out to submit their consents to join with Plaintiffs' counsel. Plaintiffs shall file with the Court Opt-In Plaintiffs' consent to join forms no later than ten (10) days after the expiration of the 60-day notice period.

New Orleans, Louisiana, this 11th day of May, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] Social Security numbers will be maintained as confidential documents and only used by Plaintiffs' counsel to trace notice mailings that are returned from the post office as undeliverable.