MINUTE ENTRY
WILKINSON, M.J.
JUNE 13, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JON BREWER ET AL.                                     CIVIL ACTION

VERSUS                                                NO. 11-401

BP P.L.C. ET AL.                                      SECTION "J" (2)


A preliminary conference was conducted in this case on this date.  Participating were: Sam Smith (via telephone) and Bruce Kingsdorf (via telephone), representing plaintiffs; Rodney Seydel (in person) and Ryan Cantrell (via telephone), representing defendants.

The parties are considering whether to consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and will notify my office no later than **June 20, 2011** concerning that decision.

All parties' Joint Motion to Continue Hearing Date, Record Doc. No. 115, of Defendants BP P.L.C. and BP America Production Company's Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, Motion for More Definite Statement is TENTATIVELY GRANTED as follows: The motion to dismiss, Record Doc. No. 79, is currently noticed for submission on June 22, 2011 without oral argument before Judge Barbier. At the request of plaintiffs, oral argument on defendants' Motion to Dismiss, Record

MJSTAR:  0 : 30

Doc. No. 79, is hereby <u>tentatively</u> scheduled before me on **July 27, 2011 at 11:00 a.m.**

Written opposition to defendants' motion must be filed no later than **July 20, 2011**. If all

parties do <u>not</u> consent pursuant to 28 U.S.C. § 636(c), oral argument before me will be

cancelled and Judge Barbier will be notified so that he may determine whether and, if so,

when any hearing on the motion might be rescheduled.

**IT IS FURTHER ORDERED** that a Rule 26(f) conference is hereby set before me

on **Tuesday, September 27, 2011 at 10:30 a.m.**  Counsel may participate in person or by

telephone by calling my office at 504-589-7630 at that time. Counsel must confer for all

purposes contemplated by Rule 26(f) and submit their Rule 26(f) report, including any

proposed discovery, scheduling or case management order, to me no later than **Friday,**

**September 23, 2011 at noon**.  An order pursuant to Fed. R. Civ. P. 16 governing further

proceedings will be issued after the September 27th conference, if appropriate.

Settlement possibilities were discussed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**