## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JON BREWER, NATHAN COHEN,
QUENTIN DOYLE, TIMOTHY TARANTINO,
KRISTEN TAYLOR LOONEY, BRADLEY
WHITWORTH, LUCAS WILSON, DESMOND
LOONEY, MICHAEL THOMPSON, JACOB
MOORE, SHANE HINTON, JARED HINTON,
KELVIN TIGNER, JOHN WILSON, STUART
SPAHN, CHRISTIAN LAGARDE, and SHAWN
SELL on behalf of themselves and others
similarly situated,                                      Case No. 2:11-cv-00401

            Plaintiffs,                    Magistrate Judge
                                                         Joseph C. Wilkinson, Jr.

vs.

BP p.l.c., BP AMERICA PRODUCTION
COMPANY, BP EXPLORATION &
PRODUCTION INC., TRG THE RESPONSE
GROUP, L.L.C., and ROY BARRETT,

            Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT
## AND DISMISSING THE ACTION WITH PREJUDICE

Before the Court is Plaintiffs' **Joint Motion for Approval of Collective Action**

**Settlement and Dismissal with Prejudice**.  Having considered the foregoing Joint Motion, as

well as  having evaluated the Parties' Stipulation of Settlement, settlement allocation charts, and

declarations from Plaintiffs' Counsel, and the Court being duly apprised on the premises and

having considered all of the *Reed* factors (*Reed v. Gen. Motors Corp.*, 703 F.2d 170, 172 (5th

Cir. 1983),

**EXHIBIT B**

**The Court finds** that the proposed settlement (1) involves the resolution of a bona fide dispute over an FLSA provision(s), and (2) is fair, reasonable, and adequate to the collective action members (Plaintiffs). Further,

Having considered the foregoing Joint Motion and Plaintiffs' memorandum of law in support of attorneys fees and costs, the declarations in support of attorneys' fees and costs from Plaintiffs' attorneys Sam J. Smith, Justin Swartz, Bruce Kingsdorf, and Richard Burch; Plaintiffs' Counsel's contemporaneous time records; attorneys' fees, costs and expenses charts, and other submissions; and the Court being duly apprised on the premises and having considered the reasonableness of Plaintiffs' Counsel's hourly rates and hours worked, as well as the *Johnson* factors (*Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir 1974)) and studies cited by this Court,

**The Court finds** that an award of attorneys' fees in the amount of 33 1/3 percent of the settlement amount is fair and reasonable and fully supported by the lodestar amount.  In addition,

**The Court finds** that the amount allocated for costs and expenses is also fair and reasonable.  As such,

**IT IS ORDERED AND ADJUDGED** that the Parties' Joint Motion for Approval of a Collective Action Settlement and Dismissal with Prejudice is hereby **GRANTED**.

**EXHIBIT B**

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs except as provided in the confidential Stipulation of Settlement.  The Court specifically approves the terms of the Stipulation of Settlement and incorporates those terms into this Order of Dismissal.  The Court retains jurisdiction over the parties and their settlement agreement for purposes of enforcing the agreement or any party's performance of its obligations under the agreement.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT B**